PEOPLE *v.* TONY HAYES. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 October 5, 1971, at Detroit. (Docket No. 11998.) Decided October 29, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and V. J. BRENNAN, JJ.

MEMORANDUM OPINION. The defendant pled guilty to assault with intent to rob being armed. MCLA § 750.89 (Stat Ann 1962 Rev § 28.284), and was sentenced to a term of 10 to 20 years imprisonment.

An examination of the record and briefs discloses no prejudicial error.

The motion to affirm is granted.